Case 1:23-mj-00034-RMM   Document 1-1   Filed 02/

Case: 1:23-mj-00034
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/10/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant is a Special Agent ("SA") with the United States Capitol Police ("USCP"). I have worked as an SA with USCP since May of 2008. The USCP is responsible for investigating threats made against members of Congress, including members of the United States Senate and the House of Representatives, among other duties. I have attended training at the Federal Law Enforcement Training Center in Glynco, Georgia and received other relevant law enforcement training. I am currently assigned to the Threat Assessment Section of the Investigations Division at USCP Headquarters in Washington, D.C.

After speaking with multiple members of the law enforcement community, including the Federal Bureau of Investigation and the Metropolitan Police Department, and based upon my firsthand knowledge investigating this incident, your affiant states as follows:

On Thursday, February 9, 2023, at approximately 7:10 a.m., Representative Angie Craig, a Member of Congress representing the Second Congressional District of the State of Minnesota, was in the lobby of an apartment complex in the 300 Block of H Street, Northeast, in Washington, D.C.

The Representative reported to law enforcement officers that, after getting coffee in the lobby of the apartment building, she noticed an unknown individual pacing in the lobby. This individual was later identified as KENDRID KHALIL HAMLIN (hereinafter "HAMLIN" or "defendant"). The Representative did not recognize HAMLIN, but stated "good morning" to him. The Representative then proceeded to enter the service elevator with her coffee, swiping her building access card and selecting a floor of the building. Before the doors closed, HAMLIN stuck his arm between the door, preventing the door from closing, and stepped inside the elevator with the Representative. HAMLIN told the Representative that he needed to go to the bathroom, and that he was coming to her apartment. The Representative advised HAMLIN that he could not do so.

In response, HAMLIN became agitated. HAMLIN stood in front of the elevator door, blocking the Representative from exiting the elevator, and hit buttons on the keypad. When the Representative tried to move past HAMLIN, he punched her on the left side of her face, striking the chin/mouth area with his closed fist. HAMLIN then moved behind the Representative, placing his hand on her shoulders to keep her from reaching the elevator keypad. HAMLIN also grabbed the Representative's collar bone, near her neck. At this point, the Representative threw a cup of hot coffee over her shoulder at HAMLIN, at which point HAMLIN released her. As the doors opened on a floor, the Representative exited and began to yell for help. HAMLIN exited the elevator and ran down the stairs to exit the building.

During the assault, HAMLIN caused the Representative to suffer personal injuries, including a visible abrasion on her lip, small amounts of bleeding on her lip, and physical pain from where Hamlin struck her with his closed fist.

1

After the assault, the Representative spoke to law enforcement agents and described her assailant as an African-American male wearing no shoes, a white hospital mask, and grey sweatpants with a distinctive black marking.

Law enforcement officers viewed surveillance video recovered from the apartment building lobby. The video shows HAMLIN, matching the Representative's description, entering the building just before the time of the assault and exiting the apartment building after the assault.

At 5:20 p.m. on February 9, 2023, a Metropolitan Police Department officer noticed HAMLIN in the vicinity of 2nd and D Streets, Northwest, based on HAMLIN's physical appearance, and his clothing, including grey pants, visible blue underwear, and a white t-shirt, which matched the appearance of the individual captured on the surveillance video from the apartment building. HAMLIN also bears distinct skin markings underneath his eye, and these skin markings match the skin markings clearly visible on the surveillance video from the apartment building. HAMLIN was placed under arrest.

Based on the foregoing, your affiant submits that there is probable cause to believe that HAMLIN violated 18 U.S.C. § 351(e), which criminalizes any assault on any Member of Congress.

*Jeffry Hardy*
_____
SPECIAL AGENT JEFFRY HARDY
United States Capitol Police

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 10$^h$ day of February, 2023.

_____
The Honorable Robin M. Meriweather
U.S. MAGISTRATE JUDGE